USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/01/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GURR JOHNS CAPITAL CREDIT PARTNERS DELAWARE LLC,

Plaintiff,

-against-

PAMELA FORD,

Defendant.

26-CV-8123 (MKV)

**SCHEDULING ORDER WITH REGARD TO PRELIMINARY INJUNCTION MOTION**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the Parties' Proposed Scheduling Order, [ECF No. 19]. The Court adopts the Parties' proposal for the remainder of the briefing on Plaintiff's preliminary injunction motion. The Court also adopts the Parties' stipulated extension of the Temporary Restraining Order, [ECF No. 9], to remain in effect through October 16, 2026. Due to scheduling conflicts, the Court cannot adopt the Parties' proposed hearing dates of October 15 or 16. Upon completion of preliminary injunction briefing, the Court will determine whether a hearing is necessary.

Accordingly, it is hereby ORDERED that Defendant shall file her opposition to Plaintiff's preliminary injunction motion on or before October 7, 2026, and Plaintiff shall file its reply on or before October 13, 2026.

It is further ORDERED that, at the time of filing their opposition and reply papers, the Parties shall advise this Court by letter on the docket whether they believe an evidentiary hearing is needed in connection with the preliminary injunction motion, and whether they wish to call any witnesses.

It is further ORDERED that, in the event the Court determines that a hearing is needed to resolve the motion for a preliminary injunction, the Parties or their counsel shall appear for a

preliminary injunction hearing before the Honorable Mary Kay Vyskocil, United States District Judge, on October 19, 2026, at 10:00 a.m. Eastern Time, in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

For the avoidance of doubt, the October 12, 2026 show cause hearing is hereby ADJOURNED.

**SO ORDERED.**

**Date: October 1, 2026**
**New York, New York**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge