USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GURR JOHNS CAPITAL CREDIT PARTNERS DELAWARE LLC,

Plaintiff,

-against-

PAMELA FORD,

Defendant.

26-CV-8123 (MKV)

PRELIMINARY INJUNCTION ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court assumes the Parties' familiarity with the facts and procedural history of this case. On September 18, 2026, this Court entered a temporary restraining order (the "TRO") [ECF No. 9], which was extended to be in effect through today on consent of the Parties. *See* [ECF No. 21].

Following Plaintiff's motion for a preliminary injunction, [ECF No. 6], Defendant responded, noting that Defendant will continue to comply with the TRO and requesting that the Court "maintain the status quo." [ECF No. 22]. After Plaintiff replied in support of a preliminary injunction, [ECF No. 26], this Court ordered Defendant to file a letter advising as to whether Defendant consents to entry of a preliminary injunction under the same terms as the TRO, thereby maintaining the status quo. [ECF No. 27]. The Court also instructed the Parties to file a letter if they consented to a preliminary injunction with terms that differ from the TRO. *Id.*

Defendant's counsel has now advised that Defendant "consents to entry of a preliminary injunction upon the same terms as the Court's issuance of the Temporary Restraining Order." [ECF No. 28].

Subsequently, Plaintiff's counsel filed a letter seeking entry of a preliminary injunction with similar but distinct terms—namely, permitting Plaintiff to begin selling collateral in Plaintiff's

possession. [ECF No. 29]. Defendant does not consent to Plaintiff's requested modified injunction. *Id.* Plaintiff's latest letter does not comply with this Court's Order, [ECF No. 27], which directed the parties to file a letter regarding "terms of an injunction that differ from the TRO" only if "Defendant and Plaintiff **agree**" to those terms. *Id.* (emphasis added).

Accordingly, it is HEREBY ORDERED that the terms of the TRO entered on September 18, 2026, [ECF No. 9], are in effect as a preliminary injunction, except that Paragraphs 1, 12, 13, 14, and 15 are moot and no longer in effect.

It is FURTHER ORDERED that, pursuant to Paragraph 11, the security bond previously undertaken by Plaintiff shall remain in effect while this preliminary injunction is in effect.

Any Party may move to modify, dissolve, or enforce this Order and request a hearing on the motion.

The preliminary injunction hearing previously scheduled for October 19, 2026 is ADJOURNED.

**SO ORDERED.**

**Date: October 16, 2026**
**New York, New York**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge